# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAJIDDIN NAEEM CARTER, | No. CV 07-433-JSL (PLA) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| MALFI, Warden, | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

*Spencer Letts*

DATED: March 31, 2011

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE